Anderson and Lind Manufacturing Company, Appellant, v. Charles H. Albers, Receiver of Laramie State Bank of Chicago, Appellee.

Gen. No. 41,003.

opinion filed June 24, 1940. Charles A. McDonald and Gustave B. Ehnborn, for appellant; Gustave B. Ehnborn, of counsel; Jetzinger & Quinn, for appellee. Opinion by PRESIDING JUSTICE MATCHETT. ''Not to be published in full.''

Cullet Corporation of America, Appellee, v. David Rosenberg, Appellant.

Gen. No. 41,007.

opinion filed June 24, 1940. Isadore Kaplan, for appellant; Harry F. Brewer, of counsel; Sidney J. Sparberg, for appellee. Opinion by PRESIDING JUSTICE MATCHETT. ''Not to be published in full.''